```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/3/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Anashon Kamalov ,

                    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 295 (AT)( )

Defendant __Anashon Kamalov__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Anashon Kamalov_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Anashon Kamalov**
Print Defendant's Name

_/s/ Margaret Shalley_
Defense Counsel's Signature

**Margaret M. Shalley**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/3/2021
Date

_/s/_
ANALISA TORRES
United States District Judge