

U.S. Department

United States A
Southern Distri

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2021

June 25, 2021

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Anashon Kamalov,* 21 Cr. 295 (AT)

Dear Judge Torres:

      The Government respectfully submits this letter to request that an application for a supplemental search warrant related to the above-referenced matter be referred to the Magistrate Court. As part of the investigation, the Government previously applied for warrants to search various email accounts for evidence relating to the charged online consumer fraud and money laundering scheme. One of the warrants, dated April 30, 2020 (the April 2020 Warrant) and docketed as 20 Mag. 4535, covered two email accounts used by defendant Anashon Kamalov (the "Kamalov Accounts"). In the course of reviewing Kamalov's Accounts pursuant to that warrant, the Government came across several emails that appeared to relate to additional criminal conduct not covered by the April 2020 Warrant. In particular, those emails appear to relate to carding, or the trafficking and use of stolen credit and debit card information. Because those emails fell outside the scope of the April 2020 Warrant, the Government stopped reviewing all emails to or from the same individuals. The Government now seeks a supplemental search warrant for evidence, instrumentalities and fruits of a carding scheme.

      Because a suppression motion, if any, will be decided by this Court, the Government respectfully requests that your Honor refer the application for a supplemental search warrant to the Magistrate Court for consideration. I have conferred with Ms. Margaret Shalley, Esq., counsel to

defendant Anashon Kamalov, and she has no objection to the Government's request to refer the application to the Magistrate Court.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

                        by: _____
                                      Sarah Lai
                                      Assistant United States Attorney
                                      (212) 637-1944

cc: Ms. Margaret Shalley, Esq.

SO ORDERED.

Dated: June 25, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge