USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021

# MARGARET M. SHALLEY,

MARGARET M. SHALLEY & ASSOCIATE
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 29, 2021

**VIA ECF & EMAIL**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

         Re: *U.S. v. Korzha, et al.*
            21 CR 295 (AT)

Dear Judge Torres:

  I represent the defendant, Anashon Kamalov, in the above-referenced matter. On March 11, 2021, Mr. Kamalov was released on a $100,000 personal recognizance bond, co-signed by two financially responsible persons, with travel restricted to the SDNY and EDNY. The purpose of this letter is to respectfully request that Mr. Kamalov's bond conditions be modified to include travel to New Jersey and Connecticut so that he can begin working as an Uber and Lyft driver. The Government and Pretrial consent to this request. Accordingly, it is respectfully requested that Mr. Kamalov's bond conditions be modified to include travel to New Jersey and Connecticut.

  The Court's time and consideration of this matter are greatly appreciated.

              Respectfully submitted,

              /s/

              Margaret M. Shalley

GRANTED.

SO ORDERED.

Dated: December 2, 2021
    New York, New York

              _____
              ANALISA TORRES
              United States District Judge