```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2022
```

# MARGARET M. SHALLEY
MARGARET M. SHALLEY & ASSOC.
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

April 19, 2022

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:    *U.S. v. Anashon Kamalov*
                  21 Cr. 295 – 3 (AT)

Dear Judge Torres:

      I represent the defendant, Anashon Kamalov, in the above-referenced matter. On March 11, 2021, Mr. Kamalov was released on a $100,000 personal recognizance bond, co-signed by two financially responsible persons, with travel restricted to the SDNY and EDNY. On December 2, 2021, Mr. Kamalov's bond conditions were modified to include travel to New Jersey and Connecticut. The purpose of this letter is to respectfully request a modification of Mr. Kamalov's bond conditions to include travel to Pennsylvania. Mr. Kamalov previously participated in a course to obtain his CDL license in Pennsylvania; however, was unable to complete the course. He would like to return to Pennsylvania and finish the course so that he can obtain his CDL license. Specifically, Mr. Kamalov would like to travel to Pennsylvania on Thursday, April 21, 2022, and return to New York on Tuesday, April 26, 2022, to take his final CDL test. Mr. Kamalov will provide proof of his travel and his test to his Pretrial Officer.

      Additionally, if he does obtain his license and finds employment as a truck driver, his job will likely require travel to Pennsylvania. Pretrial Services does not object to this request. The Government defers to the AUSA assigned to the case in the Eastern District of New York; who consents to the request. Accordingly, it is respectfully requested that the Court modify Mr. Kamalov's bond conditions to include travel to Pennsylvania.

GRANTED.

SO ORDERED.

Dated: April 20, 2022
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge